1  **WO**

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9  United States of America,                  )
                                              )
10            Plaintiff,                       )    **06-7104m**
                                              )
11  vs.                                        )
                                              )
12                                             )    **MATERIAL WITNESS ORDER**
    Elaine Estrada-Espinoza,                   )
13                                             )
              Defendant.                       )
14                                             )
    _____        )
15

16      Defendant, Elaine Estrada-Espinoza having been charged in the District of Arizona with

17  a violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and the Magistrate

18  Judge having determined from the affidavit of Luis Armendariz  filed in this case, the

19  following persons can provide testimony that is material to the offense(s) alleged in the

20  complaint:

21            Jose Hernandez-Hernandez

22

23      The Magistrate Judge finds that it may become impracticable to secure the presence of the

24  witness(es) by subpoena in further proceedings because they are not in the United States

25  legally and have no legal residence or employment in this Country.

26      IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a

27  corrections facility separate, to the extent practicable, from persons awaiting or serving

28

1

2    sentences or being held in custody pending appeal.  The witness(es) shall be afforded a

3    reasonable opportunity for private consultation with counsel.

4       DATED this 2nd day of May, 2006.

5

6

7

8                                        Edward C. Voss
                                    United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28